Rheuben Johnson, 106724
HCF PO Box 1568,
Hutchinson, KS 67504

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOHNSON v SNYDER,   Case No. 19-03076-SAC

### LETTER OF CONCERN

To Clerk of the District Court

January 8th, 2021

I am concerned about the delay in the handling of my case.

1.   On April 29, 2019 I filed a 2254. Subsequently I filed the requested status report and then a follow-up on my own accord.

2.   My 2254 is regarding wrongful convictions that have already incarcerated me for over 8 years. It seems like such a matter would be of utmost importance to this court, where it would be resolved as promptly as possible. I realize that Covid-19 has affected everyone and everything, but current postings on Lexis indicate that this court mantained its ability to process cases. I also realize that my case involves complex issues that will set strong caselaw precedent, where Judge Sam Crow would surely need and devote ample time towards research and order-writing. But still, we are close to 2 years passing.

3.   I also filed motions for injunctive relief. I filed such because I guessed that this Court was backed up due to Covid 19 and that writing a lengthy order to reverse my case could drag out due to various reasons.

Please tell me what is delaying my case and when I might expect a decision.

Sincerely,

*Rheuben Johnson*
Rheuben Johnson