In The
# United States District Court
District of Kansas

**RHEUBEN JOHNSON,**
   Petitioner,

v.

**PAUL SNYDER,**
   Respondents.

Case Number 19-3076-SAC

# State Court Records

Records from Johnson County, Kansas

District Court Case No.

12-CR-1074

19-CV-6832

==United States District Court==

==444 SE Quincy, Room 490==