IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

State of Kansas Vs. JOHNSON, RHEUBEN CLIFFORD, III

Appellate Court No. 18-120236-A

19-121845-A

District Court No. 12CR01074

Table of Contents

Record on Appeal

| Document | Date | Page Number |
|---|---|---|
| **Volume 1** | | |
| **18-120236-A** | | |
| Certification | | 1 |
| Register of Action | | 2 |
| COMPLAINT, INITIATION OF ACTION | 5/24/2012 | 11 |
| AMENDED COMPLAINT | 8/24/2012 | 13 |
| MOTION TO REVOKE BOND BW ISSUED TO SHERIFF | 10/9/2012 | 15 |
| ORDER ADMITTING OUT-OF-STATE ATTORNEY TO PRACTICE | 12/3/2012 | 18 |
| SECOND AMENDED COMPLAINT | 6/7/2013 | 20 |
| JURY INSTRUCTIONS | 8/1/2013 | 22 |
| NOTICE OF APPEAL | 10/28/13 | 46 |
| ORDER FOR W/D OF COUNSEL, W SCOTT TOTH | 10/28/2013 | 47 |
| ORDER APPOINTING APPELLATE DEFENDER | 10/28/2013 | 48 |
| JE/JUDGMENT/COMMITMENT/TRANSPO ORDER | 11/6/2013 | 49 |
| ORDER FOR TRANSCRIPT FILED | 12/2/2013 | 58 |
| ORDER FOR TRANSCRIPT FILED | 12/2/2013 | 59 |
| ORDER FOR TRANSCRIPT FILED | 12/2/2013 | 60 |
| ORDER FOR TRANSCRIPT FILED | 12/2/2013 | 61 |
| ADDITIONAL ORDER FOR TRANSCRIPT FILED | 12/17/2013 | 62 |

| | | |
|---|---|---|
| ORDER FROM THE COURT OF APPEALS MOTION BY RHEUBEN JOHNSON, FOR PERMISSION TO DOCKET APPEAL OUT OF TIME LEAVE GRANTED TO DOCKET APPEAL INSTANTER... APPEAL #13-110837-A | 12/26/2013 | 63 |
| ORDER FROM THE COURT OF APPEALS, APPELLATE DEFENDERS MOTION TO WITHDRAW DUE TO CONFLICT OF INTERST IS GRANTED THE CASE IS REMANDED TO THE DISTRICT COURT TO ALLOW FOR APPOINTMENT OF NEW COUNSEL...BRIEFING SCHEDULE IS STAYED AND ONCE NEW COUNSEL IS APPOINTED APPEAL WILL PROCEED LL FUTUER FILINGS ON CASE WILL BE MADE ON PAPER... CLERK OF DISTRICT COURT IS ORDERED TO PROVIDE CLERK OF THE APPELLATE COURTS EITHER BY MAIL OR FACSIMILE FILING WITH A FILED STAMPED CERTIFIED COPY OF ORDER APPOINTING COUNSEL BY NOVEMBER 5, 2014 | 10/8/2014 | 64 |
| ORDER APPOINTING COUNSEL KATE ZIGTEMA | 11/13/2014 | 66 |
| ORDER FROM THE COURT OF APPEALS, CASE REMANDED TO DISTRICT COURT FOR APPOINTMENT OF COUNSEL FOR APPELLANT. APPELLATE COURT RETAINS JURISDICTION OVER APPEAL. CLERK OF DISTRICT COURT TO TRANSMIT TO CLERK OF APPELLATE COURT ORDER APPOINTING COUNSEL BY JANUARY 4, 2017 | 12/08/2016 | 67 |
| ORDER APPOINTING PUBLIC DEFENDER | 01/06/2017 | 69 |
| ORDER FOR RECORDS FROM THE COURT OF APPEALS, 21 VOLUMES SET TO COURT OF APPEALS, 20 FTP, 1 UPS FAX FILED | 06/22/2017 | 70 |
| ORDER FILED/MOTION TO CORRECT ILLEGAL SENTENCE DENIED | 08/20/2018 | 71 |

| | | |
|---|---|---|
| NOTICE OF APPEAL | 09/13/2018 | 76 |
| MANDATE FROM THE COURT OF APPEALS, THE SUPREME COURT DENIED THE PETITIONS FOR REVIEW. JUDGMENT OF THE DISTRICT COURT IS AFFIRMED UPON THE DENIAL. 13-110837-A | 09/24/2018 | 78 |
| ORDER APPOINTING PUBLIC DEFENDER | 10/22/2018 | 105 |
| JOURNAL ENTRY REGARDING DEFENDANT'S MOTION TO CORRECT ILLEGAL SENTENCE | 11/16/18 | 106 |
| ORDER FROM THE COURT OF APPEALS, MOTION BY RHEUBEN CLIFFORD JOHNSON, FOR PERMISSION TO DOCKET APPEAL OUT OF TIME. LEAVE GRANTED TO DOCKET APPEAL INSTANTER. 18-120236-A | 11/21/2018 | 108 |

[Volume 2](#)
**18-120236-A**
**19-121845-A**

| | | |
|---|---|---|
| AFFIDAVIT | 5/24/2012 | 1 |
| PSI FILED | 11/6/2013 | 4 |

[Volume 3](#)
**18-120236-A**
**19-121845-A**

| | | |
|---|---|---|
| TRANSCRIPT OF PROCEEDINGS PRELIMINARY HEARING TAKEN ON AUGUST 22, 2012 | 9/5/2012 | 1 of 91 |

| | | |
|---|---|---|
| | [Volume 4](#)<br>**18-120236-A**<br>**19-121845-A** | |
| TRANSCRIPT OF PROCEEDINGS TAKEN ON JULY 6, 2012 | 12/20/13 | 1 of 6 |
| | [Volume 5](#)<br>**18-120236-A**<br>**19-121845-A** | |
| TRANSCRIPT OF PROCEEDINGS STATUS CONFERENCE TAKEN ON MAY 31, 2012 | 01/03/14 | 1 of 4 |
| | [Volume 6](#)<br>**18-120236-A**<br>**19-121845-A** | |
| TRANSCRIPT OF PROCEEDINGS MOTION FOR CONTINUANCE OF PRELIMIN/BOND REDUCTION TAKEN ON AUGUST 1, 2012 | 01/03/14 | 1 of 8 |
| | [Volume 7](#)<br>**18-120236-A**<br>**19-121845-A** | |
| TRANSCRIPT OF PROCEEDINGS MOTION HEARING TAKEN ON APRIL 18, 2013 | 2/25/2014 | 1 of 7 |

|  |  |  |  |
|---|---|---|---|
|  | Volume 8 |  |  |
|  | 18-120236-A |  |  |
|  | 19-121845-A |  |  |
| TRANSCRIPT OF JURY TRIAL PROCEEDINGS DAY 1 VOLUME I TAKEN ON JULY 29, 30, 31, 2013 | 2/25/2014 |  | 1 of 167 |
|  | Volume 9 |  |  |
|  | 18-120236-A |  |  |
|  | 19-121845-A |  |  |
| TRANSCRIPT OF PROCEEDINGS MOTIONS HEARINGS TAKEN ON SEPTEMBER 19, 2012 | 2/25/2014 |  | 1 of 17 |
|  | Volume 10 |  |  |
|  | 18-120236-A |  |  |
|  | 19-121845-A |  |  |
| TRANSCRIPT OF PROCEEDINGS MOTION HEARING TAKEN ON JUNE 6, 2013 | 2/25/2014 |  | 1 of 35 |
|  | Volume 11 |  |  |
|  | 18-120236-A |  |  |
|  | 19-121845-A |  |  |
| TRANSCRIPT OF PROCEEDINGS MOTION HEARING TAKEN ON SEPTEMBER 20, 2013 | 2/25/2014 |  | 1 of 5 |

| | | | |
|---|---|---|---|
| | Volume 12<br>18-120236-A<br>19-121845-A | | |
| TRANSCRIPT OF PROCEEDINGS MOTION HEARINGS TAKEN ON FEBRUARY 5, 2013 | 2/25/2014 | 1 of 6 |
| | Volume 13<br>18-120236-A<br>19-121845-A | | |
| TRANSCRIPT OF PROCEEDINGS MOTION HEARING TAKEN ON MAY 31, 2013 | 2/25/2014 | 1 of 5 |
| | Volume 14<br>18-120236-A<br>19-121845-A | | |
| TRANSCRIPT OF JURY TRIAL PROCEEDINGS DAY 2 VOLUME II TAKEN ON JULY 29, 30, & 31ST, 2013 | 2/25/2014 | 1 of 180 |
| | Volume 15<br>18-120236-A<br>19-121845-A | | |
| TRANSCRIPT OF PROCEEDINGS MOTION HEARING TAKEN ON OCTOBER 18, 2012 | 2/25/2014 | 1 of 9 |
| | Volume 16<br>18-120236-A<br>19-121845-A | | |
| TRANSCRIPT OF PROCEEDINGS SENTENCING HEARING TAKEN ON OCTOBER 28, 2013 | 2/25/2014 | 1 of 25 |

| | | |
|---|---|---|
| | Volume 17 | |
| | **18-120236-A** | |
| | **19-121845-A** | |
| TRANSCRIPT OF PROCEEDINGS MOTION HEARING TAKEN ON JULY 8, 2013 | 2/25/2014 | 1 of 9 |
| | Volume 18 | |
| | **18-120236-A** | |
| | **19-121845-A** | |
| TRANSCRIPT OF JURY TRIAL PROCEEDINGS DAY 3 VOLUME III TAKEN JULY 29, 30, & 31, 2013 | 2/25/2014 | 1 of 11 |
| | Volume 19 | |
| | **18-120236-A** | |
| | **19-121845-A** | |
| TRANSCRIPT OF PROCEEDINGS MOTION HEARING TAKEN ON DECEMBER 18, 2012 | 2/25/2014 | 1 of 19 |

**CONSOLIDATED WITH APPEAL # 19-121845-A**

| | | |
|---|---|---|
| | Volume 20 | |
| | **19-121845-A** | |
| Certification | | 1 |
| Register of Action | | 2 |
| COMPLAINT, INITIATION OF ACTION | 5/24/2012 | 15 |
| AMENDED COMPLAINT | 8/24/2012 | 17 |

| | | |
|---|---|---|
| MOTION TO REVOKE BOND BW ISSUED TO SHERIFF | 10/9/2012 | 19 |
| ORDER ADMITTING OUT-OF-STATE ATTORNEY TO PRACTICE | 12/3/2012 | 22 |
| SECOND AMENDED COMPLAINT | 6/7/2013 | 24 |
| JURY INSTRUCTIONS | 8/1/2013 | 26 |
| NOTICE OF APPEAL | 10/28/13 | 50 |
| ORDER FOR W/D OF COUNSEL, W SCOTT TOTH | 10/28/2013 | 51 |
| ORDER APPOINTING APPELLATE DEFENDER | 10/28/2013 | 52 |
| JE/JUDGMENT/COMMITMENT/TRANSPO ORDER | 11/6/2013 | 53 |
| ORDER FROM THE COURT OF APPEALS MOTION BY RHEUBEN JOHNSON, FOR PERMISSION TO DOCKET APPEAL OUT OF TIME LEAVE GRANTED TO DOCKET APPEAL INSTANTER... APPEAL #13-110837-A | 12/26/2013 | 62 |
| ORDER FROM THE COURT OF APPEALS, APPELLATE DEFENDERS MOTION TO WITHDRAW DUE TO CONFLICT OF INTERST IS GRANTED THE CASE IS REMANDED TO THE DISTRICT COURT TO ALLOW FOR APPOINTMENT OF NEW COUNSEL...BRIEFING SCHEDULE IS STAYED AND ONCE NEW COUNSEL IS APPOINTED APPEAL WILL PROCEED LL FUTUER FILINGS ON CASE WILL BE MADE ON PAPER... CLERK OF DISTRICT COURT IS ORDERED TO PROVIDE CLERK OF THE APPELLATE COURTS EITHER BY MAIL OR FACSIMILE FILING WITH A FILED STAMPED CERTIFIED COPY OF ORDER APPOINTING COUNSEL BY NOVEMBER 5, 2014 | 10/8/2014 | 63 |
| ORDER APPOINTING COUNSEL KATE ZIGTEMA | 11/13/2014 | 65 |
| ORDER FROM THE COURT OF APPEALS, CASE REMANDED TO DISTRICT COURT FOR APPOINTMENT OF COUNSEL FOR APPELLANT. APPELLATE COURT RETAINS JURISDICTION OVER | 12/08/2016 | 66 |

| | | |
|---|---|---|
| APPEAL. CLERK OF DISTRICT COURT TO TRANSMIT TO CLERK OF APPELLATE COURT ORDER APPOINTING COUNSEL BY JANUARY 4, 2017 | | |
| ORDER APPOINTING PUBLIC DEFENDER | 01/06/2017 | 68 |
| ORDER FILED/MOTION TO CORRECT ILLEGAL SENTENCE DENIED | 08/20/2018 | 69 |
| NOTICE OF APPEAL | 09/13/2018 | 74 |
| MANDATE FROM THE COURT OF APPEALS, THE SUPREME COURT DENIED THE PETITIONS FOR REVIEW. JUDGMENT OF THE DISTRICT COURT IS AFFIRMED UPON THE DENIAL. 13-110837-A | 09/24/2018 | 76 |
| ORDER APPOINTING PUBLIC DEFENDER | 10/22/2018 | 103 |
| JOURNAL ENTRY REGARDING DEFENDANT'S MOTION TO CORRECT ILLEGAL SENTENCE | 11/16/18 | 104 |
| ORDER FROM THE COURT OF APPEALS, MOTION BY RHEUBEN CLIFFORD JOHNSON, FOR PERMISSION TO DOCKET APPEAL OUT OF TIME. LEAVE GRANTED TO DOCKET APPEAL INSTANTER. 18-120236-A | 11/21/2018 | 106 |
| NOTICE OF APPEAL OF THE NOV 16 ORDER | 12/17/2018 | 108 |
| ORDER ON REQUEST FOR DISCLOSURE OF AN AFFIDAVIT OR SWORN TESTIMONY | 03/07/2019 | 109 |
| JOURNAL ENTRY FILED, DEFENDANT'S MOTIONS FILED ON DEC 17TH, 21ST & 27TH, JAN 8TH, FEB 6th, 21st AND MARCH 5TH & 25TH ARE DENIED | 04/10/2019 | 110 |
| ORDER FROM THE COURT OF APPEALS, APPELLANT'S MOTION FOR CHANGE OF COUNSEL IS GRANTED AS IS COUNSEL'S MOTION TO WITHDRAW 18-120236-A. | 04/15/2019 | 112 |
| ORDER APPOINTING PUBLIC DEFENDER | 05/08/2019 | 114 |
| NOTICE OF APPEAL OF THE MARCH 26 ORDER | 06/04/2019 | 115 |
| JOURNAL ENTRY FILED, DEFENDANT'S MOTION TO FILE NOTICE OF APPEAL OUT OF TIME GRANTED | 08/15/2019 | 116 |

| ORDER FOR TRANSCRIPT | 09/04/2019 | 118 |
| ORDER FROM THE COURT OF APPEALS, MOTION BY RHEUBEN JOHNSON, FOR PERMISSION TO DOCKET APPEAL OUT OF TIME. LEAVE GRANTED TO DOCKET APPEAL INSTANTER. 19-121845-A | 10/03/2019 | 119 |

November 6, 2019

**ADDITIONS TO TABLE OF CONTENTS**

[Volume 21](Volume 21)

| TRANSCRIPT OF PROCEEDINGS (MOTION HEARING) TAKEN ON MARCH 26, 2019 | 11/05/19 | 1 of 6 |