```
 1      IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
                    CRIMINAL COURT DEPARTMENT
 2

 3   STATE OF KANSAS,

 4              Plaintiff,

 5      vs.                          Case No. 12CR-1074

 6   RHEUBEN JOHNSON

 7              Defendant.

 8
                     TRANSCRIPT OF PROCEEDINGS
 9

10       BE IT REMEMBERED that on the 6th of July, 2012,

11   the above-entitled matter comes on for hearing before

12   the HONORABLE PETER V. RUDDICK, Judge of Division 1 of

13   the Tenth Judicial District, State of Kansas, at

14   Olathe, Kansas.

15                         APPEARANCES

16   For the State:            Keith Henderson
                               Assistant District Attorney
17                             Johnson County Courthouse
                               Olathe, KS 66061
18
     For the Defendant:        Joseph Dioszeghy
19                             Attorney at Law
                               130 N. Cherry, Ste. 103
20                             Olathe, KS 66061

21

22

23

24

25         Reported by Melanie A. Jones, C.S.R.
```

```
 1                THE COURT:  12CR-1074.  State of Kansas
 2   v. Rheuben Johnson.
 3                MR. HENDERSON:  State by Keith
 4   Henderson, your Honor.
 5                MR. DIOSZEGHY:  May it please the Court,
 6   your Honor.  Mr. Johnson appears in person, in custody,
 7   and by and through Joseph L. Dioszeghy, his attorney.
 8         Judge, we are ready to set this for a
 9   preliminary hearing.  Take about two hours.
10                MS. THOMAS:  August 9th at 2:30.
11                MR. DIOSZEGHY:  August 9th at 2:30 would
12   be just fine.
13                THE COURT:  Thank you.
14                MR. DIOSZEGHY:  Is that fine with the
15   State, too?
16                MR. HENDERSON:  Yes.
17                MR. DIOSZEGHY:  Judge, may I be heard on
18   bond?
19                THE COURT:  Yes.
20                MR. DIOSZEGHY:  Judge, Mr. Johnson is
21   charged with a Level 3, and I know it's a serious
22   allegation that he's in on a million dollar bond.  He's
23   been in custody since late May.  He's a property owner
24   here in Johnson County.  He has a business here in
25   Johnson County which his 70 year old plus mother is
```

```
 1    trying to keep afloat so that his child support can
 2    continue to be paid.  He has other family members
 3    assisting as well.  They're here in the courtroom
 4    today.  Judge, as I said, I understand that that
 5    allegation is one that's extremely serious, but a
 6    million dollar bond a on Level 3 seems way too high.
 7    I'm not going to get into the specifics of the
 8    evidence, but I can tell you that I've reviewed it
 9    quite extensively, and the main evidence that the State
10    has is taped conversations between Mr. Johnson and what
11    turns out to be an undercover police officer, and
12    nowhere in those tapes, Judge is there any direct
13    reference made by Mr. Johnson of wanting his wife
14    harmed or killed.  He talks to this gentleman about
15    hauling trash and old vehicles and things like that off
16    of his farm.  Talks to him about possibly investigating
17    her to penetrate the drug and Goth culture that she's
18    involved in.  Reason being is there's a contested
19    custody issue in his divorce.  But as an officer of the
20    court, I can tell you there is never a statement in
21    that tape from Mr. Johnson where he says anything about
22    well, "I want you to harm her, kill her, do anything".
23    Judge, I would ask that you reduce this bond down to
24    50,000 cash or surety.
25                THE COURT:  Mr. Henderson.
```


```
 1                    MR. HENDERSON:  I'm very much opposed to
 2   that request.  The Defendant is accused of hiring or
 3   attempting to hire an individual to kill his wife, and
 4   is going so as far as providing a picture of her, her
 5   address, dates, times, and locations where she could be
 6   found so that she could be killed.  He did this with two
 7   individuals, first as a citizen who reported it to law
 8   enforcement, and then did it again with an undercover
 9   detective.  While I somewhat agree with Mr. Dioszeghy's
10   comments what's on the recording, he did, in fact, tell
11   the first individual citizen specifically straight out
12   that he wanted him to kill his wife.  And then they
13   talk about it in code on the tape as far as a job being
14   taken care of, and then he provided the undercover
15   officer a picture of the woman, his wife that he wanted
16   taken care of.  I think the implication is pretty
17   clear.  I would have extreme concerns for the victim's
18   safety if bond were reduced, Judge.
19                    MR. DIOSZEGHY:  Your Honor, there's
20   never been any history of the Defendant being violent
21   toward his wife.  There's never been any history of him
22   wanting her harmed in any way.  Even during a very
23   contentious two-year divorce now, he has always talked
24   very highly of her.  Obviously the big contest is over
25   the little boy.  Giving this gentleman who turns out to
```

```
1    be the police officer pictures of her and her route of
2    travel and all that is consistent with asking him to
3    investigate her, to follow her to try to penetrate the
4    culture that she's in and --
5                THE COURT:  Well, you know, I mean, I
6    can't -- we're not going to have a hearing on the
7    facts.  A judge looked at it -- I don't think it was me
8    -- but decided there was sufficient evidence to charge
9    it, and on August 9th, we'll figure out if there's
10   sufficient evidence to bind him over for trial.  The
11   only thing I find a little compelling about your
12   argument is it's a Level 3.
13               MR. HENDERSON:  Judge, my response to
14   that is thank God it's a Level 3 and not an off grid.
15               MR. DIOSZEGHY:  Well, Judge, you know,
16   thank God a lot of things don't happen, and nothing
17   happened here.  No one was hurt and especially with a
18   tape where we are talking about hauling junk away and
19   investigating.  What are we doing with a million dollar
20   bond?  He didn't kill Trayvon Martin.
21               THE COURT:  I think substantial bond
22   here is appropriate, but I am going to reduce the
23   amount to $350,000 with all the same conditions.
24               MR. DIOSZEGHY:  Thank you, Judge.
25               THE COURT:  Thank you.
```

```
STATE OF KANSAS   )
                  ) ss.
COUNTY OF JOHNSON)
```

CERTIFICATE

I, Melanie A. Jones, a Certified Shorthand Reporter of the State of Kansas, and Official Court Reporter of the Tenth Judicial District of Kansas, Division 12, certify that I reported in machine shorthand the proceedings had in the District Court of Johnson County, Kansas, at Olathe, Kansas.

I further certify that the foregoing transcript of my shorthand notes is a true copy of the proceedings.

SIGNED, OFFICIALLY SEALED, AND FILED WITH THE CLERK OF THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS.

*Melanie A. Jones* [signature]
Melanie A. Jones, CSR #0921
Official Court Reporter