```
 1   IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
 2              CRIMINAL COURT DEPARTMENT
 3   STATE OF KANSAS,
 4        Plaintiff,                Case No. 12CR1074
 5   vs.                            Division No. 1
 6   RHEUBEN JOHNSON,
 7        Defendant.
 8              TRANSCRIPT OF PROCEEDINGS
 9                  STATUS CONFERENCE
10        BE IT REMEMBERED that on the 31st day of
11   May, 2012, the above-entitled matter comes on for hearing
12   before the HONORABLE PETER V. RUDDICK, Judge of Court
13   No. 1 of the Tenth Judicial District, State of Kansas, at
14   Olathe, Kansas.
15
16   APPEARANCES:
17      State of Kansas:
18          MS. SARAH HILL
            Assistant District Attorney
19          Johnson County Courthouse
            Olathe, KS 66061
20
21      For the Defendant:
22          MR. JOSEPH L. DIOSZEGHY
            130 N. Cherry, Ste. 103
23          Olathe, KS 66061
24
25
```

```
 1                P R O C E E D I N G S
 2              THE COURT:  12CR1074, State of Kansas vs.
 3   Rheuben Johnson III.
 4              MR. DIOSZEGHY:  May it please the Court,
 5   Mr. Johnson appears in person in custody by and through
 6   Joseph L. Dioszeghy, his attorney.
 7              Your Honor, at this point in time we would
 8   like to set this matter over for another status
 9   conference.  The discovery has been coming in.  I have
10   some more to pick up this morning.  I would like to go
11   ahead and review that before we set it for preliminary
12   hearing.
13              THE COURT:  How long do you want to set it
14   over?
15              MR. DIOSZEGHY:  I think if we set it over
16   possibly 30 more days, I should get all of the -- I think
17   there is some tape recordings and things that I am still
18   waiting on.  So about 30 days.
19              THE COURT:  How about June 29th at 10:30?
20              MR. DIOSZEGHY:  I'm out of town from the
21   22nd through the 29th.
22              THE COURT:  How about July 6th at 10:30?
23              MR. DIOSZEGHY:  July 6th at 10:30 would be
24   just fine.
25              THE COURT:  All right.  Thank you.
```

<em>Clerk of the District Court, Johnson County Kansas</em>
<em>01/03/14  09:43am SH</em>

Abby J. Ryan, RPR, CSR

Vol 5, Page 2

1    MR. DIOSZEGHY: Thank you.
2    (THEREUPON, the proceedings were
3    adjourned.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1           C E R T I F I C A T E

2     STATE OF KANSAS    )

3     JOHNSON COUNTY     )    ss

4          I, Abby J. Ryan, a Certified Shorthand Reporter and

5     the regularly appointed, qualified and acting Official

6     Court Reporter of Court Division 10 of the Tenth Judicial

7     District of the State of Kansas, do hereby certify that

8     as such Official Court Reporter, I was present at and

9     reported in machine shorthand, the above and foregoing

10    proceedings.

11         I further certify that a transcript of my shorthand

12    notes was typed and that the foregoing transcript is a

13    true and correct copy of my notes in said proceedings to

14    the best of my ability.

15         SIGNED, OFFICIALLY SEALED, AND FILED WITH THE CLERK

16    OF THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS.

17

18

19    _____

20    Abby J. Ryan, RPR, CSR
      OFFICIAL COURT REPORTER
21    DIVISION NO. 10

22

23

24

25

Abby J. Ryan, RPR, CSR