```
         IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
                      CRIMINAL DEPARTMENT


STATE OF KANSAS,

        Plaintiff,

vs.                              Case No.: 12CR1074
                                 Appellate Case No.: 11837A

RHEUBEN JOHNSON,

        Defendant.


                     TRANSCRIPT OF PROCEEDINGS
                         (Motion Hearing)


        The above-captioned matter came on for a motions
hearing before the HONORABLE BRENDA M. CAMERON, Judge of the
Tenth Judicial District of Kansas, Division 13, at Olathe,
Kansas, on the 20th day of September, 2013.


APPEARANCES:

FOR THE STATE:              Mr. Keith Henderson &
                            Mr. Will Hurst
                            100 North Kansas Avenue
                            Olathe, Kansas 66061

FOR THE DEFENDANT:          Mr. Scott Toth
                            105 East Park Street
                            Olathe, Kansas 66061


          REPORTED BY GLORIA J. O'MALLEY, CSR, CCR
```

```
1    * * * * * * * * P R O C E E D I N G S * * * * * * * *
2                    THE COURT:  The State of Kansas versus
3    Rheuben Clifford Johnson, III, 12CR1074.
4                    MR. HENDERSON:  May it please the Court,
5    the State appears by Keith Henderson and Will Hurst.
6                    MR. TOTH:  Good morning, Your Honor, may it
7    please the Court, Rheuben Johnson appears along with his
8    attorney, Scott Toth.
9                    THE COURT:  We are set today for sentencing
10   and post-trial motions.  The defense did file a motion for a
11   new trial, and the State did respond to that.  I did receive a
12   motion to continue the sentencing.  Mr. Toth?
13                   MR. TOTH:  Your Honor, I am respectfully
14   asking the Court to continue sentencing.  I don't know if JIMS
15   is showing it or not, but I have filed an objection to the
16   criminal history as well.
17        I can tell you essentially what the issue is, and I've
18   spoken to Mr. Henderson about this.
19        My client's criminal history, the first page lists a case
20   that's entitled case number J8541.  It's a 33-year-old
21   conviction from when my client was a juvenile, a teenager, and
22   it indicates a conviction for a residential burglary and auto
23   burglary.  We really are at a loss as to what that is all
24   about, to be honest with you, Your Honor.  I've consulted with
25   my client, and he doesn't really have any memory of anything
```

```
 1  related to certainly any court involvement or consequences.
 2  So it's significant because it would change his criminal
 3  history score from an "I," which is where I thought he was, to
 4  a "D," which is what the presentence report indicates.  So I
 5  do feel that I need to do my due diligence and investigate
 6  this prior conviction, so I request a continuance.
 7                  THE COURT:  State?
 8                  MR. HENDERSON:  Judge, we're not opposed to
 9  that request.
10      On the conviction, it does show up in JIMS as 80JV8541.
11  There is limited information, but we would need to look into
12  that as well.
13                  THE COURT:  Okay.  How much time do you
14  need to determine that?
15                  MR. HENDERSON:  Thirty days.
16                  MR. TOTH:  That's fine.
17                  THE COURT:  Okay.  October 28th at 11.
18                  MR. TOTH:  That will be fine.
19                  THE COURT:  The defendant will be ordered
20  to appear October 28th at eleven.
21      JIMS is not showing the objection, Mr. Toth.  You should
22  have them check on that and make sure the clerks have it.
23  They don't have it scanned yet, but you might make sure.
24                  MR. TOTH:  I know.  I dictated it on
25  Monday.
```

1                    THE COURT:  I'm sure that you did.  We'll
2    be back here October 28th at eleven a.m.  The defendant is
3    ordered to appear.
4                    MR. TOTH:  Thank you.
5                    THE COURT:  Thank you.
6                * * * * * * * * * * *

## CERTIFICATE

STATE OF KANSAS   )
JOHNSON COUNTY    )

      I, Gloria J. O'Malley, a certified shorthand reporter, and the regularly appointed, qualified, and Acting Official Reporter of Division No. 13 of the Tenth Judicial District of the State of Kansas, do hereby certify that as such Official Reporter, I was present at and reported in machine shorthand the above and foregoing proceedings.

      I further certify that a transcript of my shorthand notes was typed, and that the foregoing transcript is a true and correct transcript of my notes in said case to the best of my knowledge and ability,

      SIGNED, OFFICIALLY SEALED, AND FILED WITH THE CLERK OF THE DISTRICT COURT OF JOHNSON COUNTY KANSAS.

Gloria J. O'Malley, CSR No. 1383

[Seal: GLORIA J. O'MALLEY, STATE OF KANSAS, CERTIFIED SHORTHAND REPORTER]