```
 1        IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
                      CRIMINAL DEPARTMENT
 2

 3

 4   STATE OF KANSAS,

 5        Plaintiff,

 6   vs.                              Case No.: 12CR1074
                                      Appellate Case No.: 11837A
 7
     RHEUBEN JOHNSON,
 8
          Defendant.
 9

10

11                   TRANSCRIPT OF PROCEEDINGS
                          (Motion Hearing)
12

13        The above-captioned matter came on for a motions

14   hearing before the HONORABLE BRENDA M. CAMERON, Judge of the

15   Tenth Judicial District of Kansas, Division 13, at Olathe,

16   Kansas, on the 5th day of February, 2013.

17

18   APPEARANCES:

19   FOR THE STATE:             Ms. Heather Jones &
                                Mr. Keith Henderson
20                              100 North Kansas Avenue
                                Olathe, Kansas 66061
21
     FOR THE DEFENDANT:         Mr. Scott Toth
22                              105 East Park Street
23                              Olathe, Kansas 66061

24

25         REPORTED BY GLORIA J. O'MALLEY, CSR, CCR
```

```
 1   * * * * * * * * P R O C E E D I N G S * * * * * * * *
 2                   THE COURT:  The State of Kansas versus
 3   Rheuben Clifford Johnson, III, 12CR1074.
 4                   MS. JONES:  May it please the Court, the
 5   State appears by Heather Jones and Keith Henderson.
 6                   MR. TOTH:  Good afternoon, Your Honor,
 7   Rheuben Johnson appears in person with his attorney, Scott
 8   Toth.
 9                   THE COURT:  We're set today on the
10   defendant's motion to continue the jury trial.  Mr. Toth did
11   file that motion and contacted us to get a date in advance for
12   a jury trial setting.  Currently it is set for a jury trial
13   February 25th, and, Mr. Toth, your motion?  Go ahead.
14                   MR. TOTH:  Thank you.  As I indicated in my
15   motion, and as everybody here understands, I was recently
16   retained last week to represent Mr. Johnson.  I know that his
17   trial is set February 22nd presently, and given the gravity of
18   the charges and voluminous amount of investigation and
19   research that I need do, I simply -- because of the business,
20   I would not be ready to try the case.  So I'm respectfully
21   requesting the Court to continue the matter.
22      I know we did informally discuss off the record with all
23   the parties present an alternate date, and, unfortunately,
24   it's June.  But if that's the best we can do, it is our motion
25   to continue, and I certainly understand that, and I've
```

```
 1  explained that to Mr. Johnson, and he understands that in
 2  order for me to be adequately prepared to represent him, I do
 3  need additional time.
 4               THE COURT:  Thank you, Mr. Toth.  State's
 5  position?
 6               MS. JONES:  Your Honor, the State's
 7  position is that we would have been ready for trial as it was
 8  scheduled; however, I understand Mr. Toth's position.  The
 9  State would take the position that any time should be charged
10  against defendant for purposes of speedy trial.  I believe
11  that the time up to today's date has been charged to the
12  defendant anyway, but I believe it should be, and also that
13  any time going forward should as well.
14               THE COURT:  This was set for a week, and I
15  understand the State was ready and wanting to go forward, but
16  Mr. Toth needs time to prepare the case.  It is a case that
17  will take some time to try, some time for him to get caught up
18  to speed.  So I'm going to grant the motion to allow him to be
19  able to adequately represent his client.  The motion will be
20  granted.  The time will be charged to the defendant or
21  assessed to the defendant for speedy trial purposes, and
22  counsel in chambers indicated that June 23rd was the next date
23  that was available for everyone in the court in which I had a
24  week, and everyone was available.  I set that week aside.  The
25  defendant will be ordered to appear at nine a.m., June 3rd.
```

```
 1  Pretrial conference will be May 31st at nine o'clock.  All
 2  jury instructions need to be on file before that day.  If
 3  there are any motions, I would like to take those up in
 4  advance of the pretrial conference.  All the time will be
 5  assessed to the defendant for speedy trial purposes as it is
 6  his motion.  Is there anything further today?
 7                MR. TOTH:  Your Honor, I might suggest that
 8  if I could set an additional pretrial motions hearing.  Maybe
 9  just setting aside an hour, I know some motions have been
10  heard.  I don't know if I would be supplementing those.  I
11  have indicated to Mr. Johnson that I would certainly like to
12  look into that, so I don't know if the Court's pleasure would
13  be to get a date in April or something like that now, and then
14  if we don't file any motions, I would let the Court know ahead
15  of time.
16                THE COURT:  I can do that.  How about April
17  18th at three?
18                MR. TOTH:  That should be okay, and if it's
19  not, I'll let the Court know.
20                THE COURT:  I'll set aside an hour, April
21  18th at 3:15.  Let us know in advance if you're not going to
22  need that time, and if you are going to have any motions on
23  file.  March 22nd, does that give you time to investigate?
24                MR. TOTH:  Oh, yes.
25                THE COURT:  So we know what the motions
```

1 are?
2    MR. TOTH: Maybe another week.
3    THE COURT: March 29th.
4    MR. TOTH: That's fine.
5    THE COURT: Any motions due March 29th.
6 Response by the State, if any, April 15th. Okay. Is there
7 anything further?
8    MR. TOTH: No, Your Honor. Thank you.
9    MS. JONES: Thank you.
10   THE COURT: Thank you very much.
11       * * * * * * * * * * * * * * * *

```
 1                    C E R T I F I C A T E

 2

 3   STATE OF KANSAS    )
 4   JOHNSON COUNTY     )
 5

 6              I, Gloria J. O'Malley, a certified
 7   shorthand reporter, and the regularly appointed,
 8   qualified, and Acting Official Reporter of Division
 9   No. 13 of the Tenth Judicial District of the State of
10   Kansas, do hereby certify that as such Official
11   Reporter, I was present at and reported in machine
12   shorthand the above and foregoing proceedings.
13              I further certify that a transcript of
14   my shorthand notes was typed, and that the foregoing
15   transcript is a true and correct transcript of my
16   notes in said case to the best of my knowledge and
17   ability,
18              SIGNED, OFFICIALLY SEALED, AND FILED
19   WITH THE CLERK OF THE DISTRICT COURT OF JOHNSON COUNTY
20   KANSAS.
21
22
23   _____
24             Gloria J. O'Malley, CSR No. 1383
25
```

[Seal: GLORIA J. O'MALLEY, STATE OF KANSAS, CERTIFIED SHORTHAND REPORTER]