```
         IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
                        CRIMINAL DEPARTMENT


STATE OF KANSAS,

         Plaintiff,

vs.                              Case No.: 12CR1074
                                 Appellate Case: 11837A

RHEUBEN JOHNSON,

         Defendant.


                   TRANSCRIPT OF PROCEEDINGS
                        (Motion Hearing)


     The above-captioned matter came on for a motion
hearing before the HONORABLE BRENDA M. CAMERON, Judge of the
Tenth Judicial District of Kansas, Division 13, at Olathe,
Kansas, on the 31st day of May, 2013.


APPEARANCES:

FOR THE STATE:              Mr. Keith Henderson &
                            Mr. Will Hurst
                            100 North Kansas Avenue
                            Olathe, Kansas 66061

FOR THE DEFENDANT:          Mr. Scott Toth
                            105 East Park Street
                            Olathe, Kansas 66061


          REPORTED BY GLORIA J. O'MALLEY, CSR, CCR
```

```
 1        * * * * * * * * P R O C E E D I N G S * * * * * * * *
 2                    THE COURT:  The State of Kansas versus
 3    Rheuben Clifford Johnson, III, 12CR1074.
 4                    MR. HENDERSON:  May it please the Court,
 5    the State appears by Keith Henderson.
 6                    MR. TOTH:  Good morning, Your Honor, may it
 7    please the Court.  Mr. Johnson appears in person with one of
 8    his attorneys, Scott Toth.
 9                    THE COURT:  Thank you.  We are set for jury
10    trial on Monday.  I did receive, however, a motion to amend
11    the complaint filed May 17th, a motion to endorse witnesses
12    filed May 30th.
13         Mr. Toth, do you have any objection to either of those
14    motions?
15                    MR. TOTH:  We do, Your Honor, and I think
16    the Court -- well, we do object.  The trial is set to start on
17    Monday.  We are ready to go, and, unfortunately a week or two
18    ago the prosecutors indicated that there's a change in
19    strategy.  We understand the reasoning behind it.  We
20    understand what Kansas law is regarding that, but because it
21    is so close in time to trial, we do object.  If the Court does
22    grant a continuance of trial, we ask that that time be taxed
23    against the State.
24         I've explained it to Mr. Johnson.  He understands what's
25    happening, but he'd like to get his trial going as soon as
```

```
 1  possible.
 2                  MR. HENDERSON:  Judge, the law indicates
 3  it's pretty clear on motions to amend the complaint, the State
 4  has authority to do so prior to the case being submitted to
 5  the jury.
 6      I understand that the motion was filed fairly late in
 7  this case.  There's not a whole lot I can do.  We first
 8  learned of this information the first week in May and pursued
 9  it as diligently as we could, and turned that over to the
10  defense in a fashion that we possibly could.  That's the
11  posture that we are in.  I'd like to amend the complaint, and
12  I ask leave of Court to do that.
13      I understand if a continuance is necessary, and if it's
14  necessary, I'm not sure that I agree that it should be taxed
15  to the State, but I will leave that to the Court's discretion.
16                  THE COURT:  I'm going to grant the request
17  and allow the State to amend the complaint, which means we
18  will need a preliminary hearing.  And given that the trial
19  will not be going, I'll have another one go next week, but I
20  could hear this preliminary hearing next week, Thursday, June
21  6th at 1:30.
22                  MR. TOTH:  That will fine, Your Honor.
23                  MR. HENDERSON:  That's fine, Your Honor.
24                  THE COURT:  The defendant will be ordered
25  to appear at that time.
```

1       Regarding the motion to endorse, did you have a chance to
2  see that Mr. Toth?
3                      MR. TOTH:  We don't have any objection to
4  that, Your Honor.
5                      THE COURT:  That motion will be granted,
6  and we'll take up the setting of jury trial and look at speedy
7  trial next week.  I do think, and I know I gave you a
8  tentative date and have that marked, but we need to look at
9  speedy trial also, so we can take that up next week, June 6th
10 at 1:30.
11                     MR. TOTH:  Very good.
12                     THE COURT:  Thank you.
13                     MR. TOTH:  Thank you very much.
14                  * * * * * * * * * * * *

CERTIFICATE

STATE OF KANSAS    )
JOHNSON COUNTY     )

           I, Gloria J. O'Malley, a certified shorthand reporter, and the regularly appointed, qualified, and Acting Official Reporter of Division No. 13 of the Tenth Judicial District of the State of Kansas, do hereby certify that as such Official Reporter, I was present at and reported in machine shorthand the above and foregoing proceedings.
           I further certify that a transcript of my shorthand notes was typed, and that the foregoing transcript is a true and correct transcript of my notes in said case to the best of my knowledge and ability,
           SIGNED, OFFICIALLY SEALED, AND FILED WITH THE CLERK OF THE DISTRICT COURT OF JOHNSON COUNTY KANSAS.


                         *[signature]*
                         Gloria J. O'Malley, CSR No. 1383

*[Seal: GLORIA J. O'MALLEY, STATE OF KANSAS, CERTIFIED SHORTHAND REPORTER]*