IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CRIMINAL DEPARTMENT

**STATE OF KANSAS,**

    **Plaintiff,**

vs.                            Case No. 12CR1074
                                  Appellate No.: 110837A

**RHEUBEN CLIFFORD JOHNSON, III,**

    **Defendant.**

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
(Day 3, Volume III)

    PROCEEDINGS HAD before the HONORABLE BRENDA CAMERON, Judge of Court 13 of the Tenth Judicial District of the State of Kansas at Olathe, Kansas, and a jury of twelve, July 29th, 30th, and 31st, 2013.

**APPEARANCES:**

    The Plaintiff appeared by Mr. Keith Henderson and Mr. Will Hurst, Assistant District Attorneys, Office of the District Attorney, Johnson County Courthouse, 100 N. Kansas Avenue, Olathe, Kansas.

    The Defendant appeared in person and by Mr. Scott Toth, Attorney at Law, 105 East Park Street, Olathe, Kansas.

            REPORTED BY GLORIA J. O'MALLEY, CSR, CCR

1                    **INDEX**

2  VERDICT. . . . . . . . . . . . . . . . . . . . . 6

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

* * * * * * P R O C E E D I N G S * * * * * *

THE COURT: We are on record in the State of Kansas versus Rheuben Clifford Johnson, III, 12CR1074. The parties appear as before. Mr. Toth is missing, and he had informed us of that. He had a quick matter to take care of this morning. So Mr. Johnson is here with counsel Ms. Johnson. The jury is here for deliberation and is ready to start the day. They have a question they have just sent, and it reads: "Transcript of Nodwell testimony."

So apparently they would like Mr. Nodwell's testimony and the transcript of that. As you know there is no transcript. I will clarify to them that this will require a readback, and I think response by the Court, and I will cover this and tell them there is no transcript but will require a readback and take a little time for the court reporter to get her notes and get that ready for them.

Ms. Johnson, the court reporter will go back to the jury room and do it with the jury. If the defendant wishes, we can do it in the courtroom with him present, unless he waives that. Often they will just do that back in the jury room, but that's up to you all. Do you want to take a minute and discuss it with Mr. Johnson and decide what you'd like to do?

MS. JOHNSON: It's fine to go back in the jury room, Your Honor.

THE COURT: Do you agree, Mr. Johnson?

```
 1                    THE DEFENDANT:  Yes.
 2               THE COURT:  And you'll waive your presence for any
 3   readback; is that correct?
 4                    THE DEFENDANT:  Do they want a transcript
 5   of this hearing for the trial?
 6                    THE COURT:  Yes.
 7                    THE DEFENDANT:  That's fine.
 8                    (Whereupon, the jury entered the courtroom
 9   at 9:05.)
10                    THE COURT:  State of Kansas versus Rheuben
11   Clifford Johnson, III, 12CR1074.  Parties state their
12   appearances, please.
13                    MR. HENDERSON:  May it please the Court,
14   the State of Kansas appears by Keith Henderson and Will Hurst.
15                    MS. JOHNSON:  The defendant appears in
16   person with Debra Johnson.
17                    THE COURT:  We took a recess for the
18   evening.  This is day three of the trial.  The jury is in
19   place.  Welcome back everyone, good morning.
20       Mr. Toth had another matter he had to run and take care
21   of, and he will be here shortly.  Ms. Johnson is here, of
22   course, with the defendant, and we are ready to start further
23   deliberations.  However, the jury has a question that they
24   have sent out, and the jury question reads:  "Transcript of
25   Nodwell testimony."  And it is signed by the foreperson, Mr.
```

```
 1  Breckenridge.  Mr. Breckenridge, am I reading this correctly?
 2  Is that what the jury would like is a transcript of Mr.
 3  Nodwell's testimony?
 4                  THE JURY FOREPERSON:  Yes.
 5                  THE COURT:  I will tell you that there is
 6  no automatic transcript available.  Ms. O'Malley can read her
 7  notes back to you.  So she will get her notes ready.  It takes
 8  a little bit of time for her to gather that, and like the
 9  transcript that you saw in some of the exhibits where they had
10  transcribed that and put that on the audio, she can't just
11  push a button on.  So she will get her notes ready, and she
12  will come back to the jury room and read that testimony back
13  to you.  She will do that for you in the jury room.
14     So I will let you go back and start deliberating, and
15  she'll get her notes ready and come back to the jury room and
16  read the testimony back to you.  Is that sufficient?
17                  THE JURY FOREPERSON:  Yes.
18                  THE COURT:  Very good.
19                  (Whereupon, the jury left the courtroom at
20  9:06 a.m.)
21                  THE COURT:  Is there anything that we need
22  to take up?
23                  MR. HENDERSON:  No.
24                  MS. JOHNSON:  No.
25                  THE COURT:  Everyone just stay close.
```

```
 1                    (Whereupon, the jury entered the courtroom
 2   at 1:10 p.m.)
 3                    THE COURT:  We are back on the record in
 4   the State of Kansas versus Rheuben Clifford Johnson, III,
 5   12CR1074.  The parties appear as before, including the
 6   defendant with Mr. Toth.  The jury is in place.  They have
 7   been deliberating, and it's my understanding that they have
 8   now reached a verdict.
 9        Would the presiding foreman of the jury please stand.
10   Has the jury reached a verdict?
11                    THE JURY FOREPERSON:  Yes, they have.
12                    THE COURT:  Would you please hand the
13   verdict form to Ms. Nelson?
14        Count I, the verdict form reads:  We, the jury, find the
15   defendant guilty of solicitation to commit murder in the first
16   degree with respect to Lonnie Stites.
17        Count II, we, the jury, find the defendant guilty of
18   solicitation to commit murder in the first degree with respect
19   to Ronald Nodwell.
20        Count III, we, the jury, find the defendant not guilty of
21   solicitation to commit murder with respect to Richard
22   Porterfield.
23        Is this the verdict of each of you?
24
25
```

(Whereupon, the jury all answered in the affirmative.)

                    THE COURT: Counsel, do either of you wish the jury polled?

                    MR. TOTH: No.

                    MR. HENDERSON: We'll waive, Judge.

                    THE COURT: You may be seated.

     Ladies and gentlemen, I wish to express the appreciation of this Court. I understand it's often a hardship and inconvenience to serve as a juror, but by doing so you are in fact performing a right which many people in the world do not have.

     You have been attentive and conscientious throughout the case, and I am grateful for your dedication.

     You have now completed your duty as jurors in the case, and you will be discharged.

     The question may arise whether you may discuss the case with the lawyers who presented it to you. For your guidance, the Court will instruct you that whether you talk to anyone is entirely your own decision. It is proper for the attorneys to discuss the case with you and for to you talk with them, but you need not.

     If you do talk to them, you may tell them as much or as little as you like about your deliberations or the facts that influenced your decision.

1     If any attorney persists in discussing the case above
2  your objection or becomes critical of your services, please
3  report it to me immediately.
4     A few years ago the District Court here in Johnson County
5  began distributing questionnaires to see if we can get
6  feedback on things we do well and not so well and get ideas on
7  things that we might be able to improve.
8     If you have a few minutes, and it's completely voluntary,
9  but if you have a few minutes to fill it out.  If you need to
10 get on your way, I understand completely, and you will meet
11 once more with Ms. Nelson regarding your vouchers for
12 compensation for being on the jury.
13    Again, thank you very much.  Please stand for the jury.
14              (Whereupon, the jury left the courtroom at
15 1:15 p.m.)
16              THE COURT:  Be seated.  I will direct Ms.
17 Nelson to file the verdict forms, and I'm going to order a
18 presentence investigation report and continue sentencing.
19    Mr. Toth, will you have motions at that hearing?
20              MR. TOTH:  A motion for a new trial, yes.
21              THE COURT:  Will either of you have any
22 evidence to present?
23              MR. HENDERSON:  I doubt it, Judge.
24              THE COURT:  September 11th at four o'clock.
25              MR. TOTH:  Your Honor, I'm in trial in

```
 1  Riley County that week.  I'm sorry.
 2              THE COURT:  That's okay.  September 20th at
 3  eleven o'clock.
 4              MR. TOTH:  That will be fine.
 5              MR. HENDERSON:  That works for the State,
 6  Judge.
 7              THE COURT:  The defendant will be ordered
 8  to appear September 20th at eleven a.m.  Is there anything
 9  further, Counsel?
10              MR. HENDERSON:  Judge, given the jury's
11  verdict, I ask that any bond that was set for the defendant be
12  revoked.
13              THE COURT:  Mr. Toth, anything?
14              MR. TOTH:  I don't think my client is in a
15  position to post bond regardless.  He hasn't been thus far,
16  but I certainly don't think it's necessary to revoke his
17  present bond, given he hasn't been out of custody since you
18  revoked it the last time.
19              THE COURT:  Okay.  Given the jury's
20  verdict, I'm going to revoke the bond.  There will be no bond,
21  and I do have the request for the PSI, Mr. Toth.
22              MR. TOTH:  Thank you.
23              THE COURT:  Okay.  Counsel, anything
24  further?
25              MR. HENDERSON:  No, Judge.
```

1      MR. TOTH:  No, thank you.
2      THE COURT:  Okay.  Thank you very much.
3      (Whereupon, Court adjourned at 1:20 p.m.)
4      * * * * * * * * * * * *
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE

STATE OF KANSAS    )
JOHNSON COUNTY     )

       I, Gloria J. O'Malley, a certified shorthand reporter, and the regularly appointed, qualified, and Acting Official Reporter of Division No. 13 of the Tenth Judicial District of the State of Kansas, do hereby certify that as such Official Reporter, I was present at and reported in machine shorthand the above and foregoing proceedings.

       I further certify that a transcript of my shorthand notes was typed, and that the foregoing transcript is a true and correct transcript of my notes in said case to the best of my knowledge and ability,

       SIGNED, OFFICIALLY SEALED, AND FILED WITH THE CLERK OF THE DISTRICT COURT OF JOHNSON COUNTY KANSAS.

*Gloria J. O'Malley*

Gloria J. O'Malley, CSR No. 1383

[Seal: GLORIA J. O'MALLEY, STATE OF KANSAS, CERTIFIED SHORTHAND REPORTER]