# IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
## CRIMINAL COURT DEPARTMENT

5  STATE OF KANSAS,

6          Plaintiff,
vs.                              Case No.:  12CR1074
7                                Appellate No.:  120236
RHEUBEN JOHNSON,

8

9          Defendant.

10          TRANSCRIPT OF PROCEEDINGS
              (MOTION HEARING)

11

12     The above-captioned matter came on for a

13  motion hearing before the HONORABLE BRENDA M.

14  CAMERON, Judge of the Tenth Judicial District of

15  Kansas, Division 13, at Olathe, Kansas, on the

16  26th day of March, 2019.

17

18  APPEARANCES:

   FOR THE STATE:          Mr. Shawn Minihan
19                         100 North Kansas Avenue
                           Olathe, Kansas  66061
20
   FOR THE DEFENDANT:      Mr. Richard Klein
21                         110 Cherry Street
                           Suite 101
22                         Olathe, Kansas  66061

23

24

25     REPORTED BY GLORIA J. O'MALLEY, CCR, CCR

```
 1       * * * * * * * * P R O C E E D I N G S * * * * *

 2                    THE COURT:  The State of Kansas vs.

 3      Rheuben Clifford Johnson, III, 12CR1074.

 4                    MR. MINIHAN:  May it please the Court,

 5      Shawn Minihan for the State.

 6                    MR. KLEIN:  May it please the Court,

 7      Your Honor, Mr. Johnson appears by counsel in

 8      appellate case 120236.  He does not appear.

 9                    THE COURT:  I thank you all for being

10      here.

11            Mr. Johnson has filed numerous motions

12      before this Court, and if I have the history

13      right, in September of 2018 a mandate came down

14      from the Court of Appeals, the Supreme Court

15      denying petition for review.

16            Mr. Klein was appointed to represent the

17      defendant, and then his appeal was docketed out

18      of time.  That was granted.  Mr. Klein sent

19      paperwork contents to the DA -- or rather the

20      Court of Appeals, and the clerk sent it to both

21      counsel.  Then after that December of '18 Mr.

22      Johnson started filing numerous motions again

23      before the Court.

24            So I just wanted to get up to speed on the

25      status of this case, and where we are in the
```

```
 1    process.

 2             I'm sure Ms. Nelson has forwarded this on

 3    to you.  So I was just addressing everything that

 4    needed to be addressed.

 5             What's the status of the case?

 6                 MR. KLEIN:  So I filed a brief, Your

 7    Honor.  The State has filed one motion for the

 8    extension of time to file this brief.

 9             But at the same time, Mr. Johnson was not

10    happy with the brief I filed, so he filed a

11    motion to the Court of Appeals asking for new

12    counsel.

13             Based on his rather lengthy motion, I need

14    to file a motion to withdraw to the Court of

15    Appeals.

16                 THE COURT:  So he filed a motion for

17    new counsel?

18                 MR. KLEIN:  Yes, Your Honor.  And he

19    filed that on March 21st, just last week.

20                 THE COURT:  Okay.  So you filed your

21    brief, and the State has asked for one extension;

22    is that right, Mr. Minihan?

23                 MR. MINIHAN:  Yes, yes, Your Honor.

24                 THE COURT:  Okay.  Well, it will be my

25    intention to communicate back a letter, and I
```

*Clerk of the District Court, Johnson County Kansas*
*11/05/19  01:03pm ES*
**3**
**OFFICIAL TRANSCRIPT**

1  will CC you all on this that this Court has no

2  jurisdiction at this point to hear anything

3  before me.  The case is on appeal, and this is

4  before the Supreme Court; correct?

5          MR. KLEIN:  No, the Court of Appeals,

6  Your Honor.  This appeal is on a motion to

7  correct an illegal sentence.

8          THE COURT:  Oh, okay.

9          MR. KLEIN:  It was filed right before

10  the mandate came down.

11          THE COURT:  Okay.  That's right.

12      Okay.  Is there anything else you all have

13  to bring the Court up to speed on what is going

14  on pending before this Court?

15          MR. KLEIN:  What is the question again?

16          THE COURT:  Have you looked at the

17  defendant's pleadings before this Court?

18          MR. MINIHAN:  No, Your Honor.

19          MR. KLEIN:  If it's a question for me,

20  Judge, the short answer is no.  I've talked with

21  him about these pleadings.  Since I don't

22  represent him in asking to get a new judge or a

23  follow-up to his motion to correct illegal

24  sentence, I haven't looked at them.

25          THE COURT:  Okay.  Well, thank you

```
1    again for being here.  I just wanted to make a

2    record of the many pleadings, and get an update

3    from you all and understand where you were.  I

4    appreciate you being here.  I don't have

5    jurisdiction here of his pleadings at this point.

6              MR. MINIHAN:  Judge, would you like me

7    to respond to them?

8              THE COURT:  That would be great.

9              MR. MINIHAN:  Okay.  That's what I'll

10   do.

11             THE COURT:  If you could journalize and

12   file a journal entry for my signature that the

13   Court finds I have no jurisdiction and send that

14   back, that would be great.

15             MR. MINIHAN:  Okay, Judge.

16             THE COURT:  Thank you, gentlemen.  I

17   appreciate it.

18             MR. KLEIN:  Thank you, Judge.

19             THE COURT:  Thank you.

20                  * * * * * * * * *

21

22

23

24

25
```

<pre>
 1                    C E R T I F I C A T E

 2      STATE OF KANSAS  )

 3      JOHNSON COUNTY   )

 4

 5                  I, Gloria J. O'Malley, a certified

 6      shorthand reporter, and the regularly appointed,

 7      qualified, and Acting Official Reporter of

 8      Division No. 13 of the Tenth Judicial District of

 9      the State of Kansas, do hereby certify that as

10      such Official Reporter, I was present at and

11      reported in machine shorthand the above and

12      foregoing proceedings.

13                  I further certify that a transcript

14      of my shorthand notes was typed, and that the

15      foregoing transcript

16      is a true and correct transcript of my notes in

17      said case to the best of my knowledge and

18      ability,

19                  IN TESTIMONY WHEREOF, I have set my

20      hand and Official Seal at Olathe, Johnson County,

21      Kansas.

22

23              /s/GLORIA J. O'MALLEY

24              Gloria J. O'Malley, CSR, CCR
                Official Court Reporter
25
</pre>