# PAPER APPEAL SCAN

APPEAL #
# 13-110837-A

VOLUME #
# 21

CASE #
# 12CR1074

UNDERLYING CASE #(S)
# NONE

February 24, 2015

ADDITIONS TO THE TABLE OF CONTENTS

VOLUME 21

(ENVELOPE)

State's Exhibit's 1-5 on one CD……………………………….

State's Exhibit 6: Photo…………………………………………..

State's Exhibit 7: Directions……………………………………

State's Exhibit 9: CD……………………………………………

State's Exhibit 10: CD…………………………………………..