IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RHEUBEN CLIFFORD JOHNSON,**

    Petitioner,

    v.                                                      CASE NO. 19-3076-JWL

**DAN SCHNURR,**

    Respondent.

## ORDER

In May 2022, the Court dismissed this matter, in which Petitioner Rheuben Clifford Johnson, proceeding pro se, sought federal habeas relief under 28 U.S.C. § 2254. (Doc. 71.) In April 2024, Petitioner filed a motion for reconsideration of the dismissal (Doc. 73), which the Court denied on May 9, 2024 (Doc. 76). Petitioner has now submitted a second motion for reconsideration in which he alleges that the order denying the first motion for reconsideration was based, in part, on a misunderstanding of the related state-court proceedings. (Doc. 77.)

The Court will direct the Clerk to reopen this case to allow the Court to consider and rule on Petitioner's second motion for reconsideration. Petitioner should refrain from submitting any additional filings until the Court issues further orders.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk is directed to reopen this case to allow the Court to consider and rule on Petitioner's motion for reconsideration.

**IT IS SO ORDERED**.

Dated May 30, 2024, in Kansas City, Kansas.

                                                                               S/ John W. Lungstrum
                                                                               JOHN W. LUNGSTRUM
                                                                               UNITED STATES DISTRICT JUDGE